struct Rosinski of his right to appeal in accordance with R. 32(a) (2), Fed.R. Crim.P. If Rosinski so requests, the Clerk of the District Court shall prepare and file a timely notice of appeal on his behalf. *Cf.* United States v. Smith, 387 F.2d 268 (6th Cir. 1967).

Reversed and remanded with directions.

announced in Vaccaro v. United States, 5 Cir., 1972, 461 F.2d 626; Leary v. United States, 1969, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57; and Harrington v. United States, 5 Cir., 1971, 444 F.2d 1190.

Vacated and remanded.

### Angelo CARRASQUILLO, Petitioner-Appellant,

v.

### UNITED STATES of America, Respondent-Appellee.

No. 29875
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 12, 1972.

Angelo Carrasquillo, pro se.

Robert W. Rust, U. S. Atty., Neal R. Sonnett, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, GOLDBERG and MORGAN, Circuit Judges.

PER CURIAM:

The final judgment of the District Court is vacated and the case remanded to the District Court for expeditious reconsideration in light of the principles

### UNITED STATES of America, Plaintiff-Appellee,

v.

### Terry SAVAGE a/k/a Timothy Robins, Defendant-Appellant.

No. 71–3044
Summary Calendar.[1]

United States Court of Appeals,
Fifth Circuit.

April 17, 1972.

---

\* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. ▓ Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., 431 F.2d 409, Part I (5th Cir. 1970).